```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 35038
   NICKLAS ALAN SALVAGGIONE
   MARJORIE SALVAGGIONE                       CHAPTER 13

                                              JUDGE: JOHN H SQUIRES
         Debtor
   SSN XXX-XX-5682   SSN XXX-XX-1728

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 09/21/04 and confirmed on 11/12/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $  52873.64 .

    4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                        PAID         PAID
------------------------------------------------------------------------
CITIZENS BANK            SECURED VEHIC    5462.01        249.06       5462.01
KIA FINANCIAL            SECURED VEHIC    1900.00         57.83       1900.00
ECAST SETTLEMENT CORPORA UNSECURED        7136.93           .00       4676.65
ECAST SETTLEMENT CORPORA UNSECURED       11702.87           .00       7668.60
RESURGENT CAPITAL SERVIC UNSECURED       11863.33           .00       7773.74
CREATIVE HOME DECORATING UNSECURED       NOT FILED         .00           .00
DIRECT MERCHANTS CREDIT  UNSECURED       NOT FILED         .00           .00
DISCOVER BANK            UNSECURED       11262.11          .00       7379.78
FIRST NATIONAL BANK OF O UNSECURED        4893.14          .00       3206.35
ECAST SETTLEMENT CORPORA UNSECURED        4705.66          .00       3083.50
FUN WITH PHOTOS MEMORIES UNSECURED       NOT FILED         .00           .00
ECAST SETTLEMENT CORPORA UNSECURED        4313.72          .00       2826.67
INTERNATIONAL MASTERS PU UNSECURED       NOT FILED         .00           .00
JAMES R MAMMINGA DDS     UNSECURED       NOT FILED         .00           .00
ECAST SETTLEMENT CORPORA UNSECURED        2115.30          .00       1386.10
KOHLS                    UNSECURED         514.24          .00        336.97
KOHLS                    UNSECURED         127.27          .00         83.40
MBNA AMERICA             UNSECURED       NOT FILED         .00           .00
ECAST SETTLEMENT CORP    UNSECURED        1154.15          .00        756.29
SEARS BKRUPTCY RCVRY MCM UNSECURED       NOT FILED         .00           .00
------------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                        PAID         PAID
------------------------------------------------------------------------
EARTH MOVERS C U         UNSECURED         779.98          .00        511.10
CITIZENS BANK            UNSECURED          25.55          .00         16.74
KIA FINANCIAL            UNSECURED           6.05          .00          3.96
         Summary of disbursements:
------------------------------------------------------------------------
                    SECURED    PRIORITY    UNSECURED      OTHER        TOTAL
------------------------------------------------------------------------
```

| | | | | | |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 7362.01 | .00 | 60600.30 | .00 | 67962.31 |
| PRINCIPAL PAID | 7362.01 | .00 | 39709.85 | .00 | 47071.86 |
| INTEREST PAID | 306.89 | .00 | .00 | .00 | 306.89 |
| TOTAL PAID | 7668.90 | .00 | 39709.85 | .00 | 47378.75 |

The Debtor's attorney, PETER FRANCIS GERACI , was allowed $ 2700.00 and was paid $ 2700.00 .

The Trustee received $ 2121.25 .

Refunds to the Debtor totaled $ 673.64 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 12/14/07

/S/
GLENN STEARNS
CHAPTER 13 TRUSTEE